FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

June 3, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

William H. "Bill" Ray
512 Main Street, Ste. 308
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    02-15-00110-CR
                                       02-15-00111-CR
                                       02-15-00112-CR

        Trial Court Case Number:    1377835D
                                         1379544D
                                       1379545D

Style:    Samuel Luna, Jr.
           v.
           The State of Texas

The clerk's record has been filed under the date of Monday, June 1, 2015 in the above referenced cause.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Bonnie Alexander, Deputy Clerk